# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOSE RIVERA,

        Plaintiff,

v.                                                         Case No: 5:15-cv-317-RBD-PRL

RUBEN LEBRON; TODD
BRASFIELD; and ADRIAN
BILLINGS,

        Defendants.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

It is **ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of Defendants Ruben Lebron, Todd Brasfield, Adrian Billings and against the Plaintiff, Jose Rivera. It is further **ORDERED AND ADJUDGED** that the prevailing party shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

**DONE AND ORDERED** in Chambers in Ocala, Florida, on June 2, 2022.

ROY B. DALTON JR.
United States District Judge